IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKARD DENNIS ANDERSON,

    Petitioner,           No. 2:08-cv-2693 JFM LKK (HC)

    vs.

MARIO BALLARD, et al.,

    Respondents.      ORDER

_____/

        On November 19, 2008, this court recommended that the instant petition be dismissed as duplicative of another habeas petition filed on November 10, 2008 in Case No. 2:08-cv-2692 KJM. The instant petition contained virtually identical allegations against the same respondents. (Id.)

        On December 9, 2008, petitioner filed a document entitled "Notice Emergency Urgent Memorandum Traverse." (Docket No. 8.) Petitioner asks the court not to dismiss this case as frivolous but to grant petitioner an extension of time to "supplement litigation with briefs, points and authorities, meritorious and . . . valid claims." (Id.)

        In an abundance of caution, petitioner will be granted an extension of time in which to file an amended petition. Petitioner need not submit briefs or points and authorities. The Clerk of the Court will be directed to send petitioner the form for filing a habeas corpus

1

1 petition.  However, petitioner is cautioned that he may not bring claims raised in Case No. 2:08-
2 cv-2692 KJM.  Accordingly, IT IS HEREBY ORDERED that:
3       1. Petitioner's November 10, 2008 request for an extension of time (#8) is
4 granted.
5       2. Petitioner is granted thirty days from the date of this order in which to file an
6 amended petition.
7       3. The Clerk of the Court is directed to send petitioner the form for filing an
8 application for writ of habeas corpus.
9 DATED:  December 15, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; ande2693.111